Cecil Prince, Appellee, v. Asher H. Bogard, Trading as Bogard's Drug Store, Appellant.

Gen. No. 10,081.

opinion filed March 5, 1947; released for publication March 24, 1947. Clarence W. Heyl, for appellant; Champion, Gaskins & Lee, for appellee; Willard B. Gaskins, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

Edgar R. Rulison, Administrator of Estate of John Vincent Rulison, Deceased, Appellee, v. Sprout and Davis, Inc., and Daniel W. Murphy, Appellants.

Gen. No. 10,098.

opinion filed March 5, 1947; released for publication March 24, 1947. Gower, Gray & Gower, for appellants; Samuel H. Shapiro, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.